UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| WANDA GREENBERG, | * | CASE NO. 1:19-cv-00199 |
| Plaintiff, | | Mag. Judge Bowman; Mag. Judge. Litkovitz |
| v. | * | |
| THE FRESH MARKET OF OHIO, INC. | | **ENTRY GRANTING MOTION FOR LEAVE FOR TELEPHONIC ATTENDANCE** |
| and | * | |
| THE FRESH MARKET, INC. | | |
| And | | |
| MARICH CONFECTIONERY COMPANY, INC. | * | |
| Defendant/Third Party Plaintiff, | * | |
| v. | | |
| ARO PISTACHIOS, INC. | * | |
| Third Party Defendant. | | |

Upon motion of the Third Party Defendant, and for good cause shown,

IT IS HEREBY ORDERED that Third Party Defendant's Motion for Leave is GRANTED.

A claims representative for Third Party Defendant shall be permitted to attend the January 27, 2020 settlement conference via phone.

SO ORDERED this ___30___ day of ___Dec.___, 20_19_

_____
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION